■ OCEANA REALTY CORP., Appellant, v CITY OF NEW YORK, Respondent.—Appeal by the plaintiff from a judgment of the Supreme Court, Kings County, dated July 22, 1985.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Rigler at Special Term. Mangano, J. P., Brown, Eiber and Harwood, JJ., concur.